1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  THOMAS K. MILLS,

11          Plaintiff,                     No. CIV S-06-1429 FCD KJM P

12      vs.

13  STATE COMPENSATION
    INSURANCE FUND,
14
            Defendant.              ORDER
15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17  seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 31, 2007, the magistrate judge filed findings and recommendations

20  herein which were served on plaintiff and which contained notice to plaintiff that any objections

21  to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

22  objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25  ORDERED that:

26  /////

1. The findings and recommendations filed January 31, 2007, are adopted in full; and

2. This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: April 19, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE